# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TORY R. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2762

_____

June 10, 2026

BY ORDER OF THE COURT:

The opinion issued on May 15, 2026, is vacated.  Appellant's "Motion for Leave to Supplement Initial Brief" is granted to the extent that this court treats the supplemental initial brief as an amended initial brief and accepts it.  The amended initial brief has been considered.

I HEREBY CERTIFY THE FOREGOING IS A TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL

CLERK

# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TORY R. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2762

———————————————

June 10, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas Wolfgang Krug, Judge.

Tory R. Williams, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.